## LUCILE STOCKMAN'S CASE.

*Habeas corpus—Custody of child.*

Where, in proceedings by habeas corpus, the Supreme Court were equally divided as to the disposition of a case involving a parent's right to the custody of his child, the writ was dismissed without any decision as to the rights of parties, and without prejudice to any existing right or adjudication or any future remedy.

Habeas Corpus. Submitted Oct. 18, 1884. Dismissed Jan. 30, 1885. The petitioner for the writ was the father of Lucile, who was a child of five or six, and then in the care

of her dead mother's parents. There was a showing that the character and habits of the father unfitted him for the custody of the child, and that the respondent grandparents were able and disposed to bring her up properly.

*John C. Shields* and *Isaac P. Christiancy* for petitioner.

*O'Brien J. Atkinson, Frank Whipple* and *Isaac Marston* for respondents.

Per Curiam. In this case the court being equally divided in opinion as to the judgment that should be entered, the clerk is directed to make an entry to that effect, and the writ is dismissed for that cause, and without any decision upon the rights of the parties, and without prejudice either to any existing right or adjudication or to any future remedy.